■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YANCY MORAN, Appellant.—Judgment, Supreme Court, Bronx County (Stephen Barrett, J.), rendered June 1, 1988, convicting defendant, upon a jury's verdict, of robbery in the first degree (Penal Law § 160.15 [3]), robbery in the second degree (Penal Law § 160.10 [2] [a]), and criminal possession of a weapon in the fourth degree (Penal Law § 265.01 [2]), unanimously affirmed.

The only claim raised by defendant relates to purported vouching by the prosecutor during summation, when he said that the two complainants had "no motive to lie" and had testified to "exactly what had happened out there." Counsel never objected or otherwise drew the court's attention to these remarks, and has waived his claim for review as a matter of law (CPL 470.05 [2]; *People v Love,* 57 NY2d 1023, 1025 [1982]).

There is no reason to review in the interest of justice. Although it would have been better to preface the comments with qualifying language, the comments appropriately responded to defense counsel's comments, and the error is de minimis. Concur—Kupferman, J. P., Carro, Asch, Rosenberger and Smith, JJ.

■ OLIN CORPORATION, Appellant, v AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, Respondent.—Order and judgment of the Supreme Court, New York County (Ethel Danzig, J.), entered on November 2, 1988 and January 5, 1989, respectively, unanimously affirmed for the reasons stated by Ethel Danzig, J. Respondent shall recover of appellant one bill of $250 costs and disbursements of these appeals. Concur—Murphy, P. J., Ross, Ellerin, Smith and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELROY GORDON, True Name DELROY GOLDING, Appellant.—Judgment of resentence, Supreme Court, New York County (J.A.K. Bradley, J.), rendered on November 7, 1986, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Carro, Asch, Kassal and Smith, JJ.